IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.: 12-cv-01914-MSK-MEH

FIBER, LLC, a Wyoming limited liability company,

    Plaintiff,

v.

CIENA CORPORATION, a Delaware corporation, and
CIENA COMMUNICATIONS, INC., a Delaware corporation,

    Defendants.

## PLAINTIFF'S SECOND UNOPPOSED MOTION TO VACATE AND RESET SCHEDULING CONFERENCE

Plaintiff, Fiber, LLC ("Plaintiff"), through its counsel, submits the following Second Unopposed Motion to Vacate and Reset Scheduling Conference, stating as follows:

1.    Plaintiff filed its Complaint in this matter on July 23, 2012. Pursuant to Fed. R. Civ. P. 4(m), the deadline to serve defendants Ciena Corporation and Ciena Communications, Inc. ("Defendants") is on or about November 20, 2012.

2.    On August 10, 2012, the Court issued a Minute Order, setting a Scheduling Conference for October 11, 2012 [Docket No. 7]. On September 20, 2012, the Court granted Plaintiff's first unopposed motion to reset the Scheduling Conference, rescheduling it for November 14, 2012 [Docket No. 12]. In its September 20, 2012 Order, the Court advised that further requests for rescheduling must be filed five business days prior to the date of the conference. *Id.*

3. Since mid-September 2012, Plaintiff has continued to engage in discussions with Defendants, through Defendants' in-house counsel, regarding potential out-of-court resolution of the dispute giving rise to this action.

4. In that regard, Plaintiff and Defendants have negotiated and executed a nondisclosure agreement, pursuant to which the parties have exchanged confidential information for the purposes of evaluating the claims raised in Plaintiff's Complaint and to negotiate concerning an amicable resolution of this matter. In addition to ongoing written and telephonic discussions, Plaintiff and its counsel traveled to Hanover Maryland to meet with Defendants' in-house counsel in person on October 19, 2012 to discuss potential resolution of this matter. Following that in-person meeting, the parties have continued their discussions and are in the process of negotiating a standstill agreement.

5. While continuing to pursue these discussions, Plaintiff also has endeavored to comply with litigation deadlines in this matter. Plaintiff is in the process of serving Defendants and will accomplish the same within the applicable deadline (and expects to do so next Monday). Likewise, Plaintiff's counsel prepared a proposed scheduling order for this case and submitted the same to Defendants for consideration on October 24, 2012. Additionally, Defendants are in the process of retaining counsel to represent them in the District of Colorado in this matter.

6. Although the parties have made progress in their discussions and negotiations to date, recent events have delayed this discourse. Specifically, during the week of October 22, 2012, Defendants' in-house counsel traveled out-of-state and was unable to devote time to this matter. Upon return, he was confronted with Hurricane Sandy. This unexpected event made it difficult for Defendants to attend to the foregoing issues, including review of the proposed

standstill agreement, review and revision of the proposed joint scheduling order, and retention of litigation counsel.

7.  Plaintiff and Defendants have conferred regarding the schedule of this case and the timing of the upcoming Scheduling Conference. Based on the circumstances outlined above, the parties agree that a brief additional continuance of the Scheduling Conference will maximize the value and productivity of their continuing discussions regarding a resolution of this matter. Accordingly, Plaintiff respectfully requests that the Court continue the Scheduling Conference for two to three weeks from the current setting, rescheduling the conference for a time available and convenient to the Court between November 28 and December 7, 2012. Defendants support the relief requested in this Unopposed Motion.

8.  The brief delay in holding the Scheduling Conference requested herein will serve the goals of judicial economy as well as the interests of the parties. Continued discussions regarding an amicable resolution of this dispute may lead to a complete settlement of the claims at issue or a voluntary dismissal of this action prior to the Scheduling Conference, thus avoiding the need for the Court and the parties to invest time and resources into litigation.

WHEREFORE, Plaintiff Fiber, LLC respectfully requests that the Court vacate the Scheduling Conference set for November 14, 2012, and reset the Scheduling Conference to take place between the dates of November 28 and December 7, 2012 or such date thereafter as is convenient and available to the Court.

Date: November 2, 2012

                                                    Respectfully submitted,

                                                    LATHROP & GAGE LLP

                                                    *s/ George G. Matava*
                                                    George G. Matava
                                                    Aaron P. Bradford
                                                    Alexander C. Clayden
                                                    950 17th Street, Suite 2400
                                                    Denver, Colorado  80202
                                                    Telephone:   (720) 931-3200
                                                    Facsimile:    (720) 931-3201
                                                    E-mail:       gmatava@lathropgage.com
                                                                    abradford@lathropgage.com
                                                                    aclayden@lathropgage.com

                                                 *Attorneys for Plaintiff Fiber, LLC*

## CERTIFICATE OF SERVICE

      I hereby certify that on November 2, 2012, I electronically filed the foregoing **PLAINTIFF'S SECOND UNOPPOSED MOTION TO VACATE AND RESET SCHEDULING CONFERENCE** with the Clerk of the Court using the CM/ECF system, and transmitted a copy of the same to the in-house counsel for Defendants Ciena Corporation and Ciena Communications, Inc. by e-mail.

                                                    *s/ George G. Matava*
                                                   George G. Matava