IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.: 12-cv-01914-MSK-MEH

FIBER, LLC, a Wyoming limited liability company,

    Plaintiff,

v.

CIENA CORPORATION, a Delaware corporation, and
CIENA COMMUNICATIONS, INC., a Delaware corporation,

    Defendants.

## PLAINTIFF'S NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i), plaintiff Fiber, LLC, through counsel Lathrop & Gage LLP, gives notice of voluntary dismissal of this action, without prejudice, with each party to bear its own costs and attorneys' fees.

Dated this 26th day of November, 2012.

    Respectfully submitted,
    LATHROP & GAGE LLP

    *s/ George G. Matava*
    George G. Matava
    Aaron P. Bradford
    Alexander C. Clayden
    950 17th Street, Suite 2400
    Denver, Colorado 80202
    Telephone:  (720) 931-3200
    Facsimile:  (720) 931-3201
    E-mail:  gmatava@lathropgage.com
        abradford@lathropgage.com
        aclayden@lathropgage.com
    *Attorneys for Plaintiff Fiber, LLC*

19608169v1

## CERTIFICATE OF SERVICE

I hereby certify that on November 26, 2012, I caused the foregoing **PLAINTIFF'S NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE** to be electronically filed with the Clerk of the Court using the CM/ECF system. Notification of such filing will be sent via e-mail to:

Ciena Corporation
Ciena Communications, Inc.
c/o Natalie Hanlon-Leh
Mary Sooter
Faegre Baker Daniels
3200 Wells Fargo Center
1700 Lincoln Street
Denver, Colorado 80203
Natialie.hanlonleh@faegrebd.com

          *s/ Laura D. Mesch*
          Laura D. Mesch
          Legal Administrative Assistant